COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 

 


 
 
  
 MARCOS MACIAS,
  
                             Appellant,
  
 v.
  
 THE STATE OF
 TEXAS,
  
                             Appellee.
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  ' 
  
 
 
  
  
                 No. 08-02-00093-CR
  
 Appeal from the
  
 County Court at Law No. 2
  
 of El Paso County, Texas 
  
 (TC# 20010C00066)
  
 
 


 

MEMORANDUM OPINION DISMISSING APPEAL

 








Marcos Macias appealed his conviction
for a second offense of driving while intoxicated.  This appeal is a companion to his appeal from
a revocation of probation, case number 08-02-00094-CR.  The sole issue presented before this Court
was whether Macias was deprived of counsel and the opportunity to present a
motion for new trial.  On June 12, 2003,
this Court abated the appeal, pursuant to an agreement by Macias and the State,
for the purposes of pursuing a motion for new trial.  The court below granted the motion, and a
plea of guilty pursuant to a plea agreement was entered in open court.  The issue originally presented on appeal
before this Court is now moot.  The
appeal is therefore dismissed for want of jurisdiction.

 

SUSAN
LARSEN, Justice

August 14, 2003

 

Before Panel No. 3

Barajas, C.J., Larsen, and
Chew, JJ.

 

(Do Not Publish)